PER CURIAM.
Affirmed. See Nichols v. Nichols, 519 So.2d 620 (Fla.1988); Canakaris v. Canakaris, 382 So.2d 1197 (Fla.1980); Kirchner v. Kirchner, 479 So.2d 157 (Fla. 3d DCA 1985); Wolfson v. Wolfson, 455 So.2d 577 (Fla. 4th DCA 1984) (on rehearing); Weinschel v. Weinschel, 379 So.2d 145 (Fla. 3d DCA), cert. denied, 390 So.2d 827 (Fla.1980); §§ 61.071, 61.13, 61.16, Fla.Stat. (1987).